**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, Nineteenth Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | Civil Action No. 23- |
| Plaintiff, | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| BRIGGS HIGHWAY ADVISORS IA, LLC, an Iowa Limited Liability Company; and JONATHAN MALINAS, an individual, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff, Days Inns Worldwide, Inc., hereby certifies that its corporate parent Wyndham Hotel Group, LLC, is a wholly owned subsidiary of Wyndham Hotels & Resorts, Inc., which is publicly held.

No entity owns more than 10% of the common stock of Wyndham Hotels & Resorts, Inc. Days Inns Worldwide, Inc. has no publicly held subsidiaries or affiliates.

Wyndham Hotels & Resorts, Inc. and Days Inns Worldwide, Inc. are incorporated in Delaware and maintain their principal place of business in Parsippany, New Jersey.

**CONNELL FOLEY LLP**
Attorneys for Plaintiff,
Days Inns Worldwide, Inc.

By: */s/ Bryan P. Couch*
Bryan P. Couch

Dated: September 14, 2023

DIW 13109