# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIGGS HIGHWAY ADVISORS IA, LLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 23-20365 (MCA) (LDW) <br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter of July 9, 2024 (ECF No. 14); and the Court agreeing that further discovery should be completed before conducting a settlement conference; and for good cause shown,

**IT IS, on this 10th day of July 2024, ORDERED** that the Pretrial Scheduling Order entered February 1, 2024 (ECF No. 11), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **September 3, 2024**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The telephonic status conference before the undersigned set for July 16, 2024 is adjourned to **September 26, 2024 at 4:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

3. The settlement conference set for July 23, 2024 is adjourned *sine die* subject to being rescheduled following the status conference scheduled above.

                                                   *s/ Leda Dunn Wettre*
                                                   Hon. Leda Dunn Wettre
                                                   United States Magistrate Judge