# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIGGS HIGHWAY ADVISORS IA, LLC, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 23-20365 (MCA) (LDW) <br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a September 26, 2024 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 27th day of September 2024, ORDERED** that the Pretrial Scheduling Order entered February 1, 2024 (ECF 11), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **December 31, 2024**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall propose a mediator by way of letter to the Court on or before **October 2, 2024**, or the Court will select one.

3. Defendants are hereby granted leave to file a motion to amend their Answer.

4.  The parties shall appear for a telephonic status conference before the undersigned on **December 18, 2024 at 4:00 p.m.**  The parties shall submit concise status letters to the Court no later than one week in advance of the conference.  Dial-in information for the conference is (973) 437-5535, access code 959002852#.

                                                 *s/ Leda Dunn Wettre*
                                                 Hon. Leda Dunn Wettre
                                                 United States Magistrate Judge