

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.436.5800  F 973.436.5801

Bryan P. Couch, Partner
bcouch@connellfoley.com
Direct Dial 973.436.5703

December 11, 2024

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    **Days Inns Worldwide, Inc. v. Briggs Highway Advisors, IA, LLC, et al.**
            **Civil Action No.: 2:23-cv-20365-MCA-LDW**
            **Our File: DIW 13109**

Dear Judge Wettre:

This firm represents plaintiff, Days Inns Worldwide, Inc. ("DIW"), with regard to the above-referenced matter. Pursuant to Your Honor's Amended Scheduling Order, please allow this letter to serve as an update to the Court prior to the status conference on December 18th. The parties participated in an in-person mediation before the Honorable Judge Dickson (ret) on October 30th. Unfortunately, the mediation was not successful. As such, DIW will be seeking to depose defendant Jonathan Malinas, in both his individual and corporate capacity, on December 30th or 31st. In the event that Mr. Malinas is not available on those dates, we intend to ask the Court for a brief extension of the discovery end date, which is currently December 31st, to complete Mr. Malinas's deposition.

Roseland   Jersey City   Newark   New York   Cherry Hill   Philadelphia
www.connellfoley.com
15148149-3

Honorable Leda Dunn Wettre, U.S.M.J.
December 11, 2024
Page 2

We thank Your Honor for your attention to this matter.

Respectfully submitted,

**Connell Foley LLP**
Attorneys for Plaintiff,
Days Inns Worldwide, Inc.


By:___*/s/ Bryan Couch*_____
        Bryan P. Couch

cc: Eliezer Lekht, Esq.

15148149-3