UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BRIGGS HIGHWAY ADVISORS IA, LLC, *et al.*,<br><br>    Defendants. | Civil Action No.<br><br>23-20365 (MCA) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a December 18, 2024 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 18th day of December 2024, ORDERED** that the pretrial schedule is hereby amended as follows:

1. Fact discovery is extended through **February 28, 2025**.  No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall appear for a telephonic status conference before the undersigned on **March 24, 2025 at 2:30 p.m.**  The parties shall submit concise status letters to the Court no later than one week in advance of the conference.  Dial-in information for the conference is (973) 437-5535, access code 906684120#.

3. The parties shall appear for a settlement conference before the undersigned on **April 16, 2025 at 10:00 a.m.**  The Court will advise the parties of the means by which the conference will be held prior to that date.  Clients with full and immediate settlement authority must attend for the duration.  Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at

least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

                                               *s/ Leda Dunn Wettre*
                                               Hon. Leda Dunn Wettre
                                               United States Magistrate Judge