

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.436.5800  F 973.436.5801

Bryan P. Couch, Partner
bcouch@connellfoley.com
Direct Dial 973.436.5703

March 17, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re: **Days Inns Worldwide, Inc. v. Briggs Highway Advisors, IA, LLC, et al.**
            **Civil Action No.: 2:23-cv-20365-MCA-LDW**
            **Our File: DIW 13109**

Dear Judge Wettre:

This firm represents plaintiff, Days Inns Worldwide, Inc. ("DIW"), with regard to the above-referenced matter. Pursuant to Your Honor's Amended Scheduling Order dated December 18, 2024, please allow this letter to provide the Court with an update in advance of the March 24, 2025 status conference. Defendants filed a Motion for Leave to File an Amended Answer on February 11, 2025, which was originally returnable on March 17, 2025. By virtue of a clerk's extension, that Motion is currently returnable on April 7, 2025. The parties are also currently scheduled for a settlement conference before Your Honor on April 21, 2025 at 10:00 am.

We thank Your Honor for your attention to this matter.

Honorable Leda Dunn Wettre, U.S.M.J.
March 17, 2025
Page 2

                              Respectfully submitted,

                              **Connell Foley LLP**
                              Attorneys for Plaintiff,
                              Days Inns Worldwide, Inc.

                              By: _/s/ Bryan Couch_
cc: Eliezer Lekht                          Bryan P. Couch

16477833-2